# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE COLLINS, | CV F  05-00541 OWW DLB HC |
| Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO SUBMIT IN FORMA PAUPERIS APPLICATION |
| v. | |
| DERRAL ADAMS, Warden, | [Docs. 4, 5] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on April 22, 2005. By order of April 28, 2005, the Court directed Petitioner to submit a completed in forma pauperis application or pay the $5.00 filing fee. Petitioner failed to do either. Therefore, on June 10, 2005, the Court issued Findings and Recommendations recommending that the instant action be dismissed for failure to comply with a court order.

On June 28, 2005, Petitioner filed a request for an extension of time to submit his in forma pauperis application. Good cause having been presented, Petitioner's request for an extension of time is GRANTED.

///

///

///

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation of April 22, 2005, are VACATED; and

2. Within thirty (30) days from the date of service of this order, Petitioner shall submit a complete in forma pauperis application or pay the $5.00 filing fee.

IT IS SO ORDERED.

**Dated:**   **July 21, 2005**                         **/s/ Dennis L. Beck**
ah0l4d                                         UNITED STATES MAGISTRATE JUDGE