UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE COLLINS, | ) | 1:05-cv-00541-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 9) |
| v. | ) | |
| | ) | **ORDER DISMISSING CERTAIN** |
| DERRAL ADAMS, Warden, | ) | **CLAIMS** |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 31, 2005, the Magistrate Judge filed Findings and Recommendations that Grounds One, Two, and Four be DISMISSED for failure to state a cognizable federal claim. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On September 20, 2005, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

1

1  objections, the Court concludes that the Magistrate Judge's
2  Findings and Recommendations are supported by the record and proper
3  analysis.  Petitioner's objections present no grounds for
4  questioning the Magistrate Judge's analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1.   The Findings and Recommendations, filed August 31, 2005,
7  are ADOPTED IN FULL;
8       2.   Grounds One, Two, and Four are DISMISSED for failure to
9  state a cognizable federal claim; and
10      3.   The matter is referred back to the Magistrate Judge for
11 further proceedings.
12 IT IS SO ORDERED.
13 **Dated:   October 31, 2005**          **/s/ Oliver W. Wanger**
   emm0d6                                 UNITED STATES DISTRICT JUDGE