IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE COLLINS,**<br><br>                           Petitioner,<br><br>     v.<br><br>**DERRAL ADAMS, Warden,**<br><br>                           Respondent. | CV F 05-00541 OWW DLB HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY<br><br>[Doc. 21] |

Respondent has requested a thirty (30) day extension of time in which to file a response to the Opposition to Respondent's Motion to Dismiss filed by Petitioner.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 3, 2006, in which to file a response to the Opposition to Respondent's Motion to Dismiss filed by Petitioner.

        IT IS SO ORDERED.

        Dated:    **March 2, 2006**              **/s/ Dennis L. Beck**
ah0l4d                                                                UNITED STATES MAGISTRATE JUDGE

Order

1