UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE COLLINS, | ) | 1:05-CV-00541-OWW-DLB-HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS (DOCUMENT #27) |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 28, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendations of June 28, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   **August 28, 2006**          **/s/ Dennis L. Beck**
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE