UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JESSE COLLINS,

vs.

DARREL ADAMS,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-00541 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____
_____

__X__    Denied for the following reason:
TIME BARRED PETITION NO
JUSTIFICATION FOR TOLLING.

Dated:  3-12-07

OLIVER W. WANGER
United States District Judge