UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE COLLINS,<br><br>            Petitioner,<br><br>      vs.<br><br>DARREL ADAMS,<br><br>            Respondent.<br>_____/ | 1:05-cv-00541-OWW-DLB - (HC)<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT # 38) |

On February 8, 2007, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, was dismissed with prejudice for failure to comply with 28 U.S.C. § 2244(d). Petitioner filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit. On September 7, 2007, the Ninth Circuit declined to issue a certificate of appealability.

Now pending before the Court is Petitioner's motion for appointment of counsel, filed January 28, 2008. Petitioner's motion shall be disregarded, as the petition has been dismissed and judgment has been entered. Petitioner is advised that future filings in this action will be stricken from the record.

IT IS SO ORDERED.

Dated:   February 12, 2008                        /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE